UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRAIG AND EILEEN DOBBS**                                                                 **PLAINTIFFS**

v.                           Case No. 4:20-cv-1192 LPR

**UNITED STATES OF AMERICA**                                                         **DEFENDANT**

**SECOND MOTION IN LIMINE**

Comes the Defendant, United States of America, by and through Jonathan D. Ross, United States Attorney, Eastern District of Arkansas, and the undersigned, and for its Second Motion in Limine, states that:

1. This is a cause of action under the Federal Torts Claims Act, codified at §§ 28 U.S.C. 2671 - 2680, and prosecuted in substance under the Arkansas Medical Malpractice Act, codified at Ark. Code Ann. §§ 16-114-201 – 209. Document No.

2. Plaintiffs Craig and Eileen Dobbs allege that on October 9, 2018, Dr. Diaa Bahgat, a neurosurgeon practicing at Central Arkansas Veterans Healthcare System ("CAVHS") deviated from the standard of care in performance of a lumbar decompression and fusion procedure on Craig Dobbs. *Id.* Because of this alleged deviation, they allege Craig Dobbs suffers from cognitive deficits and gait problems. *Id.*

3. The Arkansas Medical Malpractice Act specifically prohibits a plaintiff from compelling standard of care or proximate causation opinions from

a defendant at trial. Ark. Code Ann. § 16-114-207(3); *Bedell v. Williams*, 2012 Ark. 75, 16-17, 386 S.W. 3d 493, 504-05 (2012).

  4. To the extent the Dobbses intend to elicit standard of care or proximate causation opinions from the medical care providers of the United States, that testimony should be excluded at trial. *Id.*

  WHEREFORE, Defendant, United States of America, prays that its Second Motion in Limine be granted.

          Respectfully submitted,

          Jonathan D. Ross
          United States Attorney
          Eastern District of Arkansas

By: */s/ Lindsey Lorence*
          Lindsey Mitcham Lorence
          Arkansas Bar No. 96183
          Assistant United States Attorney
          P.O. Box 1229
          Little Rock, Arkansas 72203
          (501) 340-2600
          lindsey.lorence@usdoj.gov