AO 187 (Rev. 7/87) Exhibit and Witness List

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Dec 05, 2022
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

Craig Dobbs and Eileen Dobbs

V.

United States of America

## EXHIBIT AND WITNESS LIST

Case Number: 4:20-CV-01192-LPR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Lee P. Rudofsky | Higginbotham, Jacob, and Wise | Lindsey Lorence/Shannon Smith |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/28/2022 - 12/2/2022 | Stephen Franklin | Heather Clark |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | PLAINTIFF'S WITNESS LIST |
| 1 | | 11/28/2022 | | | Dr. Christopher Taylor |
| 2 | | 11/28/2022 | | | Dr. Diaa Bahgat |
| 3 | | 11/30/2022 | | | Dr. Paul Terrance Moore |
| 4 | | 11/30/2022 | | | Dr. Arthur Joyce |
| 5 | | 11/30/2022 | | | Dr. Carl Hubbard |
| 6 | | 12/1/2022 | | | Victoria Powell |
| 7 | | 12/1/2022 | | | Dave Hussey |
| 8 | | 12/1/2022 | | | Eileen Dobbs |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages