FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Dec 05, 2022
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

IN THE UNITED STATES DISTRICT FOR
THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **CRAIG DOBBS AND EILEEN DOBBS,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | NO. 4:20-CV-01192 LPR |

# PLAINTIFFS' EXHIBIT LIST

Plaintiffs Trial Exhibit List to be considered by the Court for use by the Parties at the in-person trial regarding damages beginning November 29, 2022.

## TABLE OF CONTENTS

General Exhibits ................................................................................................................ 2

Learned Treatises: Journal Articles .................................................................................. 5

Demonstrative Exhibits ..................................................................................................... 7

## GENERAL EXHIBITS

Plaintiffs intend to offer the following exhibits for admission.

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| P-1. | Medical records from Central Arkansas VA (NTL 3-2013) | | X | |
| P-2. | Medical records from Lincoln Paden Medical Group | | X | |
| P-3. | Billing records from Lincoln Paden Medical Group | | X | |
| P-4. | Medical records from Ozark Physical Therapy | | X | |
| P-5. | Billing records from Ozark Physical Therapy | | X | |
| P-6. | Medical records from Houston Methodist Hospital | | X | |
| P-7. | Billing records from Houston Methodist Hospital | | X | |
| P-8. | Imaging CDs (8) from Houston Methodist Hospital | | X | |
| P-9. | Imaging CDs (3) from Central Arkansas VA (NTL 3226-3228) | | X | |
| P-10. | Billing record from AirMed International | | X | |
| P-11. | Medical records from Baxter Regional Neurology & Spine Clinic | | X | |

\*\*Unless indicated otherwise, exhibits were admitted on November 29, 2022.\*\*

| EXHIBIT | DESCRIPTION | OFFERED | ADMIT-TED | REFUSED |
|---|---|---|---|---|
| P-12. | Medical records from Baxter Regional Urology Clinic | | X | |
| P-13. | Billing records from Baxter Regional Urology Clinic | | X | |
| P-14. | Billing records from Baxter Regional Neurology & Spine Clinic | | X | |
| P-15. | Billing records from Baxter Regional Medical Center | | X | |
| P-16. | Billing records from Houston Radiology Associated | | X | |
| P-17. | Billing records from Mountain Home Radiology | | X | |
| P-18. | Billing records from Metropolitan Emergency Medical Services | | X | |
| P-19. | Billing records Dr. David Ho | | X | |
| P-20. | Photographs (NTL 3229-3237, 3860-3877) | | X | |
| P-21. | Videos (NTL 3239-3240) | | X | |
| P-22. | Client hospital notes (NTL 3548-3550) | | | |
| P-23. | Withdrawn | | | |
| P-24. | Curriculum Vitae of Dr. Carl Hubbard | | X | |

**Unless indicated otherwise, exhibits were admitted on November 29, 2022.**

| Exhibit | Description | Offered | Admitted | Refused |
|---|---|---|---|---|
| P-25. | Curriculum Vitae of Dr. Arthur Joyce | | X | |
| P-26. | Curriculum Vitae of Dr. Terry Moore | | X | |
| P-27. | Curriculum Vitae of Victoria Powell | | X | |
| P-28. | Curriculum Vitae of Dr. Chris Taylor | | X | |
| P-29. | Vital and Health Statistics CDC/National Center for Health Statistics; Method for Constructing Complete Annual U.S. Life Tables, Series 2, No. 129; December 1999 | | X | |
| P-30. | National Vital Statistics Reports, Volume 61, Number 3; US Life Tables 2008 | | X | |
| P-31. | National Vital Statistics Reports, Volume 68, Number 7; US Life Tables 2017 | | X | |
| P-32. | Vital and Health Statistics CDC/National Center for Health Statistics; U.S. Small-area Life Expectancy Estimates Project: Methodology and Results Summary, Series 2, No. 181; September 2018 | | X | |
| P-33. | National Vital Statistics Reports, Volume 69, Number 12; US Life Tables 2018 | | X | |
| P-34. | Rule 1006 Summary Charts of Life Care Plan and Present Value of Life Care Plan | 11-30-22 | ✓ | |

\*\*Unless indicated otherwise, exhibits were admitted on November 29, 2022.\*\*

## LEARNED TREATISES: JOURNAL ARTICLES

Plaintiffs intend the following exhibits designated as learned treatises under Fed. R. Evid. 803(18), portions of which may be read into evidence but not received as an exhibit. (Some of these documents may fall under other exceptions to the hearsay rule.)

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| P-A | The Cerebellar Cognitive Affective Syndrome – a Meta-analysis, *The Cerebellum 2019*, Ahmadian, et al. | | | |
| P-B | The Cerebellar Cognitive Affective Syndrome, *Brain 1998,* Schmahmann, et al. | | | |
| P-C | Executive function and PTSD: Disengaging from trauma, *Neuropharmacology 2012*, Aupperle, et al. | | | |
| P-D | The Role of Neurocognitive Tests in the Assessment of Adult Attention-Deficit/Hyperactivity Disorder, *Psychological Assessment 2019,* Nikolas, et. al. | | | |
| P-E | Cognitive impairment in cerebellar lesions: a logit model based on neuropsychological testing, *Cerebellum & Ataxias, 2017*, Bolcekova, et. al. | | | |
| P-F | Treatment of Dural Tears Associated with Spinal Surgery, *The Journal of Bone and Joint Surgery, Incorporated 1981*, Eismont, et al. | | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| P-G | Symptomatic Intracranial Hemorrhage after Dural Tear in Spinal Surgery – A Series of 10 Cases and Review of the Literature, 2021, Allouch, et al | | | |
| P-H | Incidental Durotomy in Spine Surgery, *Spine, Volume 25, Number 20,* 2000, Cammisa, et al. | | | |
| P-I | Intracranial Hemorrhage after spine surgery, *J Neurosurg Spine*, 2013, Kaloostian, et al. | | | |
| P-J | Remote cerebellar hemorrhage as a complication of lumbar spine surgery, *Journal of Radiology Case Reports,* 2020, Lim, et al. | | | |

## DEMONSTRATIVE EXHIBITS

While the following demonstratives were placeholders at the filing of the original exhibit list, Parties have agreed that they will produce all demonstrative aids by 8:00pm CST the night before the direct examination the demonstratives are to be used, not including anything created for cross examination, anything that's already been produced in the case (e.g., medical records, depositions, etc.), or any in-court created demonstrative aids. Parties also agreed to meet and confer the morning before the demonstratives are to be used regarding any objections to demonstrative aids.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| P-K | Timeline |
| P-L | Surgical animation video |

Respectfully Submitted,

/s/ Laurie Higginbotham
LAURIE HIGGINBOTHAM, *pro hac vice*
   lhigginbotham@nationaltriallaw.com
   Texas State Bar #50511759
STEVEN HASPEL, *pro hac vice*
   shaspel@nationaltriallaw.com
   Texas State Bar #24109981
TOM JACOB, *pro hac vice*
   tjacob@nationaltriallaw.com
   Texas State Bar #24069981
**WHITEHURST, HARKNESS, BREES, CHENG, ALSAFFAR, HIGGINBOTHAM, & JACOB P.L.L.C.**
1114 Lost Creek Blvd., Ste 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

**GEORGE R. WISE, JR.**
   gwise@bradhendricks.com
   Arkansas State Bar #78171
**THE BRAD HENDRICKS LAW FIRM, LLP**
500 Pleasant Valley Drive
Building C
Little Rock, AR 72227
(501) 221 0444 (o)
(501) 661-0196 (f)

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

By my signature above, I certify that a copy of this pleading has been sent to the following on November 29, 2022, via email and USAfx.

        LINDSEY LORENCE
           Assistant US Attorney
           Arkansas Bar No. 96183
           P.O. Box 1229
           Little Rock, AR 72203
           (501) 340-2600 (o)
           lindsey.lorence@usdoj.gov

        Attorney for Defendant