AO 187 (Rev. 7/87) Exhibit and Witness List

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Dec 05, 2022
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

# United States District Court
## Eastern District of Arkansas

| Craig and Eileen Dobbs | v. | United States of America |
|---|---|---|

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:20-cv-1192

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lee P. Rudofsky | Laurie Higginbotham | Lindsey Lorence |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| November 29 - December 2, 2022 | Select Reporter... | Select Deputy... |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 11/28/2022 | X | X | Medical records of Craig Dobbs: Central Arkansas Veterans Healthcare System, Cl |
| | 1A | 11/28/2022 | X | X | Selected medical records: CAVHS |
| | 1B | 11/28/2022 | X | X | Selected medical records received from National Trial Law: CAVHS |
| | 2 | 11/28/2022 | X | X | Curriculum vitae of John Diaz Day, M.D. |
| | 3 | 11/28/2022 | X | X | Curriculum vitae of Margaret Tremwel, M.D. |
| | 4 | 11/28/2022 | X | X | Curriculum vitae of Diaa Bahgat, M.D. |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 1 87A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

Craig and Eileen Dobbs    v.    United States of America

CASE NUMBER: 4:20-cv-1192

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 11-29-2022 | | | Diaa Bahgat, M.D. |
| | | 12-1-2022 | | | John Diaz Day, M.D. |
| | | 12-2-2022 | | | Margaret Tremwel, M.D. |

Page 2 of 2 Pages