# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CRAIG DOBBS and**  **PLAINTIFFS**
**EILEEN DOBBS**

v.   Case No.: 4:20-cv-01192-LPR

**UNITED STATES OF AMERICA**  **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum of Decision that was filed today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered (1) in favor of Craig Dobbs and against the United States of America for $2,491,858.09, and (2) in favor of Eileen Dobbs and against the United States of America for $630,680.00.  The judgment will accrue at an interest rate of 5.16 percent, as more specifically set forth in the Memorandum of Decision.

IT IS SO ADJUDGED this 5th day of December 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE