IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRAIG DOBBS and**  **PLAINTIFFS**
**EILEEN DOBBS**

v.  Case No.: 4:20-cv-01192-LPR

**UNITED STATES OF AMERICA**  **DEFENDANT**

### AMENDED JUDGMENT[1]

It is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered (1) in favor of Craig Dobbs and against the United States of America for $2,472,658.09,[2] and (2) in favor of Eileen Dobbs and against the United States of America for $500,000.00.[3]  The judgment will accrue at an interest rate of 5.16 percent, as more specifically set forth in the Memorandum of Decision.

IT IS SO ADJUDGED this 6th day of March 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] This Judgment is being amended pursuant to the text order issued today.  Doc. 56.  Aside from the amendments referenced in that Order, the Judgment remains based on the Memorandum of Decision entered on December 5, 2023. *See* Doc. 50.

[2] The Court has reduced this dollar amount by $19,200 to account for the $149,880 reduction and the $130,680 addition referenced in the text order.  *See* Doc. 56.

[3] The Court has reduced this dollar amount by $130,680 for the reasons discussed in the text order.  *See* Doc. 56.