UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRAIG AND EILEEN DOBBS**                                           **PLAINTIFFS**

v.              Case No. 4:20-cv-1192 LPR

**UNITED STATES OF AMERICA**                                   **DEFENDANT**

### NOTICE OF APPEAL

Separate Defendant, United States of America, by and through Jonathan D. Ross, United States Attorney, Eastern District of Arkansas, pursuant to 28 U.S.C. § 2107 and Federal Rule of Appellate Procedure 4(a), appeal to the United States Court of Appeals for the Eighth Circuit from the district court's judgment and amended judgment dated December 5, 2023, and March 6, 2024, respectively. (Docs. 51, 57). *See also* Justice Manual §§ 2-2.110, 2-2.111, and 2-2.121 (setting forth the requirements of the United States Attorney's Office for appellate review and noting that the final decision lies with the Solicitor General of the United States).

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: /s/ Lindsey Lorence
LINDSEY MITCHAM LORENCE
Arkansas Bar No. 96183
Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203-1229
(501) 340-2600
lindsey.lorence@usdoj.gov