# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CRAIG DOBBS and**  **PLAINTIFFS**
**EILEEN DOBBS**

v.   Case No. 4:20-cv-01192-LPR

**UNITED STATES OF AMERICA**   **DEFENDANT**

## ORDER

The complete and precise terms and conditions of the settlement are set forth in the Stipulation for Compromise Settlement and Release (the "Stipulation"), attached as Exhibit 1 to Plaintiffs' Motion to Approve Settlement.[1] The Court has reviewed the Stipulation,[2] Plaintiffs' Motion,[3] and Defendant's Response.[4] The Court has also heard Plaintiffs' arguments in favor of this settlement. The United States does not oppose Plaintiffs' Motion.[5] The Court is fully informed of the specifics of the full and final terms and conditions of the settlement. The Court finds that the terms and conditions of this settlement, as set forth in the Stipulation, are fair, reasonable, and in the best interests of Craig and Eileen Dobbs.

IT IS SO ORDERED, ADJUDGED, AND DECREED, this 12th day of July 2024, that the settlement, as set forth in Exhibit 1 of the Motion to Approve Settlement,[6] is hereby approved.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Ex. 1 (Stipulation) to Mot. to Approve Settlement (Doc. 67-1).

[2] *Id.*

[3] Mot. to Approve Settlement (Doc. 67).

[4] Def.'s Resp. to Mot. to Approve Settlement (Doc. 68).

[5] *See id.*

[6] Ex. 1 (Stipulation) to Mot. to Approve Settlement (Doc. 67-1).

1